1  PAUL E. CAPRIOGLIO, #055516
   ATTORNEY AT LAW
2  1327 N Street
   Fresno, California 93721
3  Tel. (559) 233-5151
   Fax (559) 233-9403
4

5  Attorney for **Defendant**

6

7

**NOTICE OF NONCOMPLIANCE**
See L.R. 5-133(a) & (d)(3)
Filed in Paper on
JUN 2 6 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,            )   CR. F. NO. 06-149 M
                                         )
12           Plaintiff,                  )
                                         )
13        v.                             )   SUBSTITUTION OF ATTORNEYS
                                         )
14  David Panyanouvang,                  )
                                         )
15           Defendent.                  )
    _____)
16

17       NOTICE IS HEREBY GIVEN, that Defendant, DAVID PANYANOUVONG hereby

18  substitutes and appoints PAUL E. CAPRIOGLIO, as his attorney of record in the above-entitled

19  case.

20       I hereby acknowledge and consent to this substitution.

21  Date: 6-26-06                                 _____
                                                  David Panyanouvong, Defendent
22

23       I hereby acknowledge and consent to this substitution.

24  Dated: 6-26-06                                _____
                                                  Paul E. Caprioglio
25                                                Attorney at Law
                                                  1327 "N" Street, Fresno, CA. 93721
26                                                Tel: (559) 233-5151

27       IT IS SO ORDERED
    Dated: 6-26-06                                _____
28                                                JUDGE